

# IN THE
# TENTH COURT OF APPEALS

## No. 10-09-00238-CR

XAVIER RAJESH NORONHA,

Appellant

v.

THE STATE OF TEXAS,

Appellee

From the 52nd District Court
Coryell County, Texas
Trial Court No. FISC-08-19555

## MEMORANDUM  OPINION

Appellant has filed a motion to dismiss his appeal.  *See* TEX. R. APP. P. 42.2(a).

We have not issued a decision in this appeal.  Appellant personally signed the motion.

Accordingly, the appeal is dismissed.


REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Reyna, and
      Justice Davis
Dismissed
Opinion delivered and filed March 31, 2010
Do not publish
[CR25]